```
                 IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )   2:07-cv-02372-LEW-KJM
                                 )
               Plaintiff,        )   ORDER
                                 )
        v.                       )
                                 )
ELWYN S. DUBEY;  JEANNINE M. DUBEY;)
DUANE A. WOODMAN, Trustee for    )
Garden Valley Investments;       )
VAL G. BENTLEY, Trustee for Garden )
Valley Investments;  AMADOR      )
MARTINEZ, Executor of the Estate )
of James A. Keister;  ED SANDERSON,)
Alternate Executor of the Estate )
of James A. Keister;  EL DORADO  )
SAVINGS BANK;  EL DORADO COUNTY TAX)
COLLECTOR,                       )
                                 )
               Defendants.       )
_____)
                                 )
UNITED STATES OF AMERICA,        )   2:94-cv-00417-GEB-PAN
                                 )
               Plaintiff,        )
                                 )
        v.                       )
                                 )
JEANNINE M. DUBEY;  DUANE A.     )
WOODMAN, as Trustee for Pacific  )
Property Management, as Trustee for)
Garden Valley Investment, as     )
Trustee for Delta Investment;    )
DIXIE WOODMAN;  DAVID WARNER     )
LIVINGSTON, as Trustee for Twin  )
Rivers Investment;  ELWYN S. DUBEY,)
                                 )
               Defendants.       )
_____)
```

         The United States of America (Government) filed a Notice
of Related Cases on January 18, 2008, in which it states case

1

number 2:07-cv-02372-LEW-KJM is related to case number 2:94-cv-00417-GEB-PAN, a closed action.  The Government, however, has not shown that re-assignment of the later filed case "is likely to effect a savings of judicial effort or other economies."  E.D. Cal. L.R. 83-123(c).  Therefore, that case will not be re-assigned.

Dated:  February 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge